# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**DEBBIE PHILLIPS**                                                                        **PLAINTIFF**

**V.**                          **CASE NO. 1:19-CV-34-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on June 24, 2020, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 24th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE